IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JONATHAN ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN MORTON, Warden;<br>MICHELLE HOWELL, Acting<br>Assistant Warden, Care &<br>Treatment; and CORNELL<br>COMPANIES, INC.,<br><br>    Defendants. | CASE NO. CV507-74 |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Court has carefully considered Plaintiff's Objections and finds them to be without merit. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 30th day of November, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA